# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>HUFF, MARILYN L. | 2. Court or Organization<br><br>USDC, SOUTHERN DIST. OF CALIF. | 3. Date of Report<br><br>08/29/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>ACTIVE DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Initial ☑ Annual ☐ Final Date<br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>333 W. BROADWAY SUITE 1510<br>SAN DIEGO, CA 92101 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust # 1 Note: Trust assets generally listed by (T) in Part VII |
| 2. | President-Elect | Federal Judges Association |
| 3. | American Inns of Court Louis Welsh Chapter | Executive Committee |
| 4. | ABTL | Judicial Advisory Board |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 08/29/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1/15-12/15 | DLA Attorney |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Association | 4/12/15-4/15/15 | Washington, D.C. | Board Meetingl | Travel, Lodging, Food |
| 2. | Stanford Law School | 1-23-15-1/24/15 | Palo Alto, CA | Moot Court Judge | Travel, Food |
| 3. | USC Intellectual Property Institute | 3/23/15-3/24/15 | Los Angeles, CA | Speaker | Travel, Food, Lodging |
| 4. | ABTL | 4/24/15 | Rancho Palos Verdes, CA | Board Meeting | Food, Lodging |
| 5. | ChIPs | 10/26/15-10/28/15 | Washington, D.C. | Speaker/Seminar | Travel, Food, Lodging |
| 6. | Intellectual Property Owners | 5/26/15-5/27/15 | Washington, D.C. | Speaker | Travel, Food, Lodging |

| Name of Person Reporting | Date of Report |
| --- | --- |
| HUFF, MARILYN L. | 08/29/2016 |

| 7. | Association of Business Trial Attorneys | 10/1/15-10/4/15 | Ojai, CA | Speaker | Food, Lodging |
| 8. | Associate Corporate Counsel, Leading Women in Technology, DLA | 9/22/15 | Menlo Park, CA | Speaker | Travel, Food |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Energy Transfer Partners | A | Distribution | J | T | | | | | |
| 2. | Suncoke Energy | A | Dividend | J | T | | | | | |
| 3. | Wells Fargo Accounts-SDCA (T) and I | B | Interest | P1 | T | | | | | |
| 4. | 401k & Profit Sharing * Total Value | | | | | | | | | |
| 5. | Sched of Assets & Transactions | | | | | | | | | |
| 6. | Trust B Real Estate Trust Deed Fund | B | Interest | J | T | | | | | |
| 7. | Vanguard Total Intl Stock In | D | Dividend | M | T | | | | | |
| 8. | Vanguard Total Bond Ind Adm | C | Interest | M | T | | | | | |
| 9. | Vanguard ST Bond Index Adm | D | Interest | O | T | Sold (part) | 09/04/15 | K | | |
| 10. | Vanguard S&P 500 Adm | D | Dividend | O | T | | | | | |
| 11. | Vanguard Value Index Adm | C | Dividend | M | T | | | | | |
| 12. | Vanguard Growth Index Adm | B | Dividend | M | T | | | | | |
| 13. | Vanguard Sm. Cap Stock Index Adm | A | Dividend | L | T | | | | | |
| 14. | Dodge & Cox Intl. | B | Dividend | L | T | | | | | |
| 15. | Spartan Ext. Market | A | Dividend | K | T | | | | | |
| 16. | Vanguard Intl. Growth Port. | B | Dividend | M | T | | | | | |
| 17. | Pimco Foreign Hedged | C | Interest | M | T | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Pimco GI Adv Strat. | A | Dividend | | | Buy (add'l) | 02/27/15 | J | | |
| 19. Pimco GI Adv. Strat. | A | Dividend | | | Sold | 06/18/15 | L | | |
| 20. Vanguard Windsor II Adm | B | Dividend | L | T | Buy (add'l) | 04/01/15 | J | | |
| 21. Vanguard Sm.Value Ind. Adm | B | Dividend | M | T | | | | | |
| 22. I Shares MSCI EFTEm Mkts | B | Dividend | K | T | | | | | |
| 23. I Shares S&P 600 Sm. Cap Growth Index | A | Dividend | L | T | | | | | |
| 24. Vanguard High Yield Corp. | D | Interest | M | T | | | | | |
| 25. Vanguard GNMA | C | Interest | M | T | | | | | |
| 26. Vanguard Large Cap ETF | C | Dividend | M | T | | | | | |
| 27. Vanguard Infl. Prot. | B | Interest | M | T | | | | | |
| 28. Pimco Low Duration See #76 2014 | B | Interest | L | T | | | | | |
| 29. I Shares Rus Micro EFT | A | Dividend | L | T | | | | | |
| 30. Wisdom Tree Int'l. ETF | A | Dividend | K | T | | | | | |
| 31. CH Cash Management (AP) | A | Interest | K | T | | | | | |
| 32. Vanguard Emerging Govt. ETF | D | Interest | M | T | Buy | 01/16/15 | M | | |
| 33. Vanguard ST Inv. Gr. Adm | D | Interest | N | T | | | | | |
| 34. Vanguard Dev. Mkts | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 08/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Emerg. Mkts. Adm | B | Dividend | L | T | | | | | |
| 36. Vanguard Intl. Value #46 | B | Dividend | L | T | | | | | |
| 37. Vanguard Sm FtSE Ex US ETF | A | Dividend | L | T | Buy (add'l) | 04/20/15 | K | | |
| 38. Pimco Emerg Mkt | D | Interest | | | Sold | 09/25/15 | L | | |
| 39. Pimco Emerg Local Equity | C | Int./Div. | | | Sold | 09/25/15 | L | | |
| 40. Equity (Sterling) Trust Co. IRA mm Phair RE (First Reg. Bank) | A | Interest | L | T | | | | | |
| 41. END OF ASSETS IN 401(k) | | | | | | | | | |
| 42. IRA Western National (Am. Gen.) | B | Interest | K | T | | | | | |
| 43. Charles Schwab IRA See below | | | | | | | | | |
| 44. SCHEDULE OF ASSETS & TRANSACTIONS | | | | | | | | | |
| 45. Marathon Petroleum | A | Dividend | K | T | | | | | |
| 46. Eli Lilly | A | Dividend | K | T | | | | | |
| 47. Alcoa Inc. | A | Dividend | J | T | | | | | |
| 48. Pimco Hi Yld Inst. | B | Interest | K | T | Buy | 01/16/15 | K | | |
| 49. Vanguard Emerg. Govt ETF | C | Interest | L | T | Buy | 09/25/15 | L | | |
| 50. Marathon (USX) Oil | A | Dividend | J | T | | | | | |
| 51. DFA 5 Yr. Global | A | Interest | K | T | Buy | 06/15/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 08/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. DFA U.S. Micro Cap | A | Dividend | L | T | Buy (add'l) | 09/03/15 | J | | |
| 53. DFA Int. Lg. Cap. Val. | B | Dividend | K | T | | | | | |
| 54. DFA Int. Lg. Cap. | B | Dividend | L | T | Sold (part) | 12/10/15 | K | D | |
| 55. DFA Lg. Cap. Val. | A | Dividend | K | T | | | | | |
| 56. DFA Int. Sm. Cap. Val. | A | Dividend | K | T | | | | | |
| 57. DFA Int. Small Cap | A | Dividend | K | T | | | | | |
| 58. Vanguard Int. Growth Ad | A | Dividend | K | T | | | | | |
| 59. Vanguard Growth Index Adm | A | Dividend | L | T | | | | | |
| 60. Schwab Money Market - H | A | Interest | J | T | | | | | |
| 61. Home Depot | A | Dividend | K | T | Sold (part) | 04/21/15 | K | E | |
| 62. Vanguard ST Infl. Prot | | None | K | T | Buy (add'l) | 02/27/15 | K | | |
| 63. Vanguard Infl. | A | Interest | K | T | | | | | |
| 64. Vanguard Short Term Bd Adm | B | Interest | M | T | | | | | |
| 65. Vanguard GNMA | A | Interest | K | T | | | | | |
| 66. DFA Emerging Core Eq | A | Dividend | K | T | | | | | |
| 67. Vanguard Ex. Mkt. Adm | A | Dividend | J | T | | | | | |
| 68. Vanguard ST Invest Adm | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 08/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. DFA US Sm. Cap. Value | A | Dividend | K | T | | | | | |
| 70. AQR Sm M | A | Dividend | J | T | | | | | |
| 71. AQR M Large | A | Dividend | L | T | | | | | |
| 72. DFA US Large Cap. | B | Dividend | L | T | Sold (part) | 01/20/15 | K | D | |
| 73. DFA US Small Cap. Port | A | Dividend | K | T | | | | | |
| 74. DFA World Ex USG | D | Interest | L | T | | | | | |
| 75. DFA Real Estate | A | Dividend | K | T | Buy | 04/21/15 | K | | |
| 76. DFA Intl. REIT | A | Dividend | J | T | Buy | 04/21/15 | J | | |
| 77. Pimco Low Duration | B | Interest | K | T | | | | | |
| 78. Pimco Emerg Full | C | Interest | | | Buy (add'l) | 02/27/15 | J | | |
| 79. Pimco Emerg Full | C | Interest | | | Sold | 09/25/15 | L | | |
| 80. Pimco GI Adv Str | A | Interest | | | Buy (add'l) | 02/27/15 | J | | |
| 81. Pimco GI Adv Str | A | Interest | | | Sold | 06/10/15 | K | | |
| 82. DFA Two Yr. Global | A | Interest | M | T | Buy (add'l) | 12/17/15 | L | | |
| 83. DFA Two Yr. Global | A | Interest | M | T | Buy (add'l) | 01/16/15 | J | | |
| 84. DFA Two Yr. Global | A | Interest | M | T | Buy (add'l) | 02/27/15 | J | | |
| 85. Stone Ridge Reinsurance | A | Interest | M | T | Buy | 12/14/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 08/29/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. END OF ASSETS IN IRA-MLH | | | | | | | | | |
| 87. Schwab Cal Muni Mut Fund | A | Interest | M | T | | | | | |
| 88. GCWF Partners II | | None | J | T | | | | | |
| 89. GCWF (A-E)Invest. Partners I | B | Distribution | J | T | | | | | |
| 90. GCWF (F-N)Invest Partners II | D | Distribution | K | T | | | | | |
| 91. DLA Piper Venture 2006 | B | Distribution | K | T | | | | | |
| 92. Onco Fluor, Inc. (Fluro Probe) | | None | J | W | | | | | |
| 93. Bella Mar RV Park LLC | | None | J | T | | | | | |
| 94. Vanguard CA Inst Adm | C | Interest | M | T | | | | | |
| 95. Altria | B | Dividend | K | T | | | | | |
| 96. Kraft/Heinz | A | Dividend | J | T | Sold (part) | 07/16/15 | J | B | |
| 97. Mondelez Int. | A | Dividend | J | T | | | | | |
| 98. Extreme Networks | | None | J | T | | | | | |
| 99. Halyard Health | | None | J | T | | | | | |
| 100. II-IV, Inc. | | None | | | Sold | 08/15/15 | J | A | |
| 101. SPDR Dow Jones (DIA) Ind | A | Dividend | M | T | Buy (add'l) | 05/21/15 | K | | |
| 102. SPDR Dow Jones (DIA) Ind | A | Dividend | M | T | Buy (add'l) | 08/20/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 08/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. SPDR Dow Jones (DIA) Ind | A | Dividend | M | T | Buy (add'l) | 08/21/15 | K | | |
| 104. SPDR Dow Jones (DIA) Ind | A | Dividend | M | T | Buy (add'l) | 09/22/15 | K | | |
| 105. DFA US Micro Cap Port | A | Dividend | K | T | | | | | |
| 106. DFA Real Estate | B | Dividend | L | T | Buy (add'l) | 04/17/15 | L | | |
| 107. Mid Amer Apt. Cmntys | B | Dividend | K | T | | | | | |
| 108. DFA Intl. REIT | A | Interest | K | T | Buy | 05/26/15 | K | | |
| 109. Vanguard Ind. ex US RE ETF | A | Dividend | K | T | Buy | 04/20/15 | K | | |
| 110. Starbucks | A | Dividend | L | T | | | | | |
| 111. Qualcomm | A | Dividend | | | Buy (add'l) | 01/29/15 | K | | |
| 112. Qualcomm | A | Dividend | | | Sold (part) | 07/22/15 | K | | |
| 113. Qualcomm | A | Dividend | | | Sold | 08/11/15 | J | E | |
| 114. Pure Funds Cyber ETF | | None | K | T | Buy | 07/23/15 | K | | |
| 115. Pure Funds Cyber ETF | | None | K | T | Buy (add'l) | 08/20/15 | K | | |
| 116. Cisco Systems | A | Dividend | K | T | | | | | |
| 117. Quality Systems, Inc. | A | Dividend | J | T | | | | | |
| 118. Occidental Pet. | B | Dividend | K | T | | | | | |
| 119. QLT | | None | | | Sold | 04/20/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 08/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Claymore Guggenhein Strat. | B | Int./Div. | K | T | Buy | 04/21/15 | K | | |
| 121. Guggenhm Spinoff ETF | A | Dividend | K | T | Spinoff (from line 120) | 04/21/15 | K | | |
| 122. Care Fusion | | None | | | Sold | 03/17/15 | K | E | |
| 123. Ambev SA | A | Dividend | | | Sold | 04/20/15 | J | | |
| 124. Property, San Diego Co., CA-Appraisal Date 8/18/03 (T) | | None | | | Sold | 01/13/15 | P1 | G | R.Hawes Fm Tr. 11 |
| 125. ISH Index SP 500 | B | Dividend | L | T | Buy (add'l) | 08/24/15 | K | | |
| 126. ISH Core SP 500 ETF | B | Dividend | L | T | | | | | |
| 127. ISH Index FD TR Msci/EAFE | A | Dividend | J | T | | | | | |
| 128. ISH S&P Mid Cap 400 | A | Dividend | L | T | Buy (add'l) | 05/01/15 | K | | |
| 129. ISH S&P Mid Cap 400 | A | Dividend | L | T | Buy (add'l) | 07/22/15 | L | | |
| 130. ISH S&P Sm Cap 600 | A | Dividend | J | T | | | | | |
| 131. ISH Trust/ Core High Div ETF | A | Dividend | L | T | Buy (add'l) | 04/01/15 | K | | |
| 132. HY Corp ETF F/K/A ISH Trust | A | Interest | J | T | | | | | |
| 133. Allianz Div. Fund | A | Dividend | K | T | | | | | |
| 134. RSB IRA Morgan Stanley (ASSETS BELOW) | | | | | | | | | |
| 135. Mod. Growth (IRA)(TA) (IDEX) | D | Distribution | L | T | | | | | |
| 136. Growth Port. (IRA) (TA) (IDEX) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Morgan Stanley (Smith Barney)MM | A | Interest | J | T | | | | | |
| 138. Power Shares High Yld. Eq. ETF | A | Dividend | J | T | | | | | |
| 139. Power Shares SQQQ Trl ETF | B | Dividend | M | T | | | | | |
| 140. Kimberly Clark | A | Dividend | K | T | | | | | |
| 141. Vanguard Windsor II | A | Dividend | K | T | Buy (add'l) | 04/01/15 | J | | |
| 142. USE Credit Union SDCA Accts | A | Interest | J | T | | | | | |
| 143. Vanguard CA MM(T) | A | Interest | O | T | | | | | |
| 144. Coronado First Bank | A | Interest | M | T | | | | | |
| 145. Vanguard Life Strategy | A | Dividend | L | T | | | | | |
| 146. Schwab US Div Eq ETF | A | Dividend | J | T | Buy | 04/17/15 | K | | |
| 147. Illumina | | None | M | T | Buy (add'l) | 10/29/15 | K | | |
| 148. Becton Dickinson | A | Dividend | J | T | Buy | 03/17/15 | J | | |
| 149. Becton Dickinson | A | Dividend | J | T | Sold (part) | 03/18/15 | J | | |
| 150. SPDR Dow Jones S&P 500 ETF | C | Dividend | M | T | Buy (add'l) | 01/05/15 | K | | |
| 151. SPDR Dow Jones S&P Div ETF | B | Dividend | M | T | Buy (add'l) | 04/17/15 | K | | |
| 152. SPDR Dow Jones S&P Div ETF | B | Dividend | M | T | Buy (add'l) | 07/23/15 | K | | |
| 153. SPDR Dow Jones S&P Div ETF | B | Dividend | M | T | Buy (add'l) | 09/22/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  Sector SPDR Energy Select Div ETF | A | Dividend | | | Sold | 12/21/15 | K | | |
| 155.  SPDR Em Mkts | B | Dividend | J | T | Buy (add'l) | 04/01/15 | J | | |
| 156.  VMWare | | None | | | Sold | 04/20/15 | J | | |
| 157.  Philip Morris | B | Dividend | K | T | | | | | |
| 158.  Raytheon | A | Dividend | K | T | Buy (add'l) | 08/24/15 | K | | |
| 159.  Chase Accts./JP Morgan | A | Interest | N | T | | | | | |
| 160.  CitiBank Accts | A | Interest | N | T | | | | | |
| 161.  US Bank (T) (SD Nat'l Bank ) | A | Interest | N | T | | | | | |
| 162.  Union Bank Acct (T) | | None | K | T | | | | | |
| 163.  Clorox | B | Dividend | L | T | Buy (add'l) | 08/24/15 | K | | |
| 164.  Andersons | B | Dividend | L | T | | | | | |
| 165.  Pepsico | B | Dividend | K | T | | | | | |
| 166.  Coca Cola | B | Dividend | L | T | Buy (add'l) | 08/27/15 | K | | |
| 167.  Cal. B & T Acct | A | Interest | N | T | | | | | |
| 168.  Stoneridge LM LLC | D | Distribution | L | T | | | | | |
| 169.  Enclave Lake Murray | D | Distribution | L | T | | | | | |
| 170.  MMB Investments | | None | K | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 08/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. American Express | A | Dividend | J | T | | | | | |
| 172. ALPS Trust ETF Alerian | B | Dividend | K | T | | | | | |
| 173. Wal Mart | B | Dividend | L | T | | | | | |
| 174. Vanguard FTSE Dev ETF | B | Dividend | K | T | Buy | 05/05/15 | K | | |
| 175. Vanguard FTSE Dev ETF | B | Dividend | K | T | Buy (add'l) | 07/27/15 | K | | |
| 176. Schw Emg Mkt Eq EFT | B | Dividend | K | T | Buy (add'l) | 04/01/15 | J | | |
| 177. Schw Emg Mkt Eq ETF | B | Dividend | K | T | Sold (part) | 12/21/15 | J | D | |
| 178. Enerplus | A | Dividend | | | Sold | 12/21/15 | J | | |
| 179. Kinder Morgan Inc. | B | Dividend | | | Sold | 12/21/15 | J | | |
| 180. Cal. Resources Corp. | A | Dividend | J | T | | | | | |
| 181. PV Opportunity Fund III | D | Distribution | L | T | | | | | |
| 182. American Properties | C | Distribution | L | T | | | | | |
| 183. Barcelona 326 Juniper | D | Distribution | L | T | | | | | |
| 184. Schwab Gurtin List of Assets (T) | | | | | | | | | |
| 185. Holmen WI GO 10/01/16 | D | Interest | M | T | | | | | |
| 186. CA Muni MM | A | Interest | M | T | | | | | |
| 187. SD CA GO 7/01/26 | B | Interest | | | Redeemed | 07/01/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 08/29/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. CA St. GO 5/1/30 | C | Interest | | | Buy (add'l) | 02/18/15 | M | | |
| 189. CA St. GO 5/01/30 | C | Interest | | | Redeemed | 10/09/15 | L | | |
| 190. CA Ed 1 Rev 12/32/15 | A | Interest | | | Redeemed | 12/01/15 | K | | |
| 191. CA ED 1 Rev 12/1/32Univ CA | B | Interest | | | Redeemed | 12/01/15 | L | | |
| 192. SD CA Redev 31 RDA | C | Interest | M | T | Buy | 08/20/15 | M | | |
| 193. Lans Creuse MI GO 5/01/35 | A | Interest | | | Redeemed | 05/01/15 | K | | |
| 194. Golden State Tbcco Rev. 35 | C | Interest | | | Redeemed | 06/01/15 | K | | |
| 195. Met Water Dist. So CA 7/1/35 | B | Interest | | | Redeemed | 07/01/15 | K | | |
| 196. MA St. Hlth Haward 7/15/35 | B | Interest | | | Redeemed | 07/15/15 | K | | |
| 197. Pflegrull TX Wtr. Rev. 8/01/35 | B | Interest | | | Redeemed | 08/01/15 | L | | |
| 198. LA Dept. Water & Power 7/01/36 | B | Interest | | | Redeemed | 07/01/15 | K | | |
| 199. LA CA W/P 35 U | B | Interest | L | T | Buy | 01/08/15 | L | | |
| 200. Truckee Mdws NV Rev. 7/01/36 | B | Interest | | | Redeemed | 07/01/15 | L | | |
| 201. Univ. CA Rev. 5/15/37 | C | Interest | L | T | | | | | |
| 202. Wash CA COP Rev 8/01/37 | B | Interest | K | T | | | | | |
| 203. Golden St Tbco Rev. | C | Interest | | | Buy (add'l) | 01/08/15 | L | | |
| 204. Golden St Tbco Rev. 35 | C | Interest | | | Buy (add'l) | 03/23/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 17 of 20

Name of Person Reporting

HUFF, MARILYN L.

Date of Report

08/29/2016

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. Golden St Tbco Rev 35 | C | Interest | | | Redeemed | 06/01/15 | L | | |
| 206. Golden St Tb Rev 6/01/38 | B | Interest | | | Redeemed | 06/01/15 | L | | |
| 207. LA Dept W/P 31 | B | Interest | | | Buy | 03/06/15 | M | | |
| 208. LA Dept W/P 31 | B | Interest | | | Redeemed | 07/01/15 | M | | |
| 209. LA Dept W/P 38 | A | Interest | L | T | Buy | 12/17/15 | L | | |
| 210. PA St HGR EDL FAC 38 ED | B | Interest | | | Buy | 01/14/15 | M | | |
| 211. PA St HGR EDL FAC 38 ED | B | Interest | | | Redeemed | 07/15/15 | M | | |
| 212. SF CA CY/CN 27 | C | Interest | M | T | Buy | 07/29/15 | M | | |
| 213. Modesto CA IRR 37 U | A | Interest | L | T | Buy | 07/06/15 | L | | |
| 214. MET Pier ETC IL 28 | B | Interest | M | T | Buy | 08/05/15 | K | | |
| 215. MET Pier ETC IL 28 | B | Interest | M | T | Buy (add'l) | 09/18/15 | L | | |
| 216. Chicago IL PK Dist 30 | B | Interest | L | T | Buy | 08/28/15 | L | | |
| 217. Chicago IL PK Dist 28 | A | Interest | K | T | Buy | 08/28/15 | L | | |
| 218. Chicago IL PK Dist 29 | A | Interest | K | T | Buy | 08/20/15 | K | | |
| 219. Chicago IL PK Dist 22 | B | Interest | | | Buy | 05/18/15 | L | | |
| 220. Chicago IL PK Dist 22 | B | Interest | | | Sold | 06/05/15 | L | | |
| 221. Fresno CA 41 SCH | | None | K | T | Buy | 08/18/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 08/29/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. END OF GURTIN | | | | | | | | | |
| 223. BK OK IRA | | | | | | | | | |
| 224. Schwab Bank MM | A | Interest | N | T | Buy | 04/15/15 | N | | |
| 225. DFA Real Estate | A | Interest | K | T | Buy | 04/15/15 | K | | |
| 226. | | | | | | | | | |
| 227. | | | | | | | | | |
| 228. | | | | | | | | | |
| 229. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 6. This is a Real Estate Trust Deed Fund in a 401(k) savings plan. Participants do not have investment control, nor do they own the underlying assets in the fund.

Line 18. See Line 19 for disposition.

Line 187. See 188 for redemption.

Line 202-203. See Line 204-205 for redemption.

In my 2014 report, I listed Power Shares ETF TR. It is actually Power Shares High Yield Eq. See line 138.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MARILYN L. HUFF**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544